Notice of Available Chapters (Rev. 4/01)      2001 USBC, Central District of California

Name: Robert L. Goodrich
Address: 3600 LIME ST., BLDG 2, #221
RIVERSIDE, CA 92501
Telephone: 909-341-9300
Fax: 909-341-9309

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: | Case No. |
|---|---|
| DAVID BURTON BRADSHAW<br>MARIA LYN BRADSHAW<br><br>MARIA LYN GRANDE<br><br>Social Security No. 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 Debtor<br>Social Security No. 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 Joint Debtor<br>Debtor(s) EIN No. ___ | **NOTICE OF AVAILABLE CHAPTERS** |

1. Section 342(b) of 11 U.S.C. ("The Bankruptcy Code") states:
   "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. You are eligible to file under Chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3. You are eligible to file under Chapter 11 for debt reorganization upon payment of the additional fee required.

4. If your noncontingent, liquidated debts are less than $290,525.00 unsecured and $871,550.00 secured (11 U.S.C. § 109(e)), you are also eligible to file under Chapter 13 and to use future income to pay all or a portion of your debts.

5. If you are a family farmer, with a regular annual income, as defined by 11 U.S.C. § 101 (18) (19), you are eligible to file under Chapter 12.

6. To determine which chapter to file under, it is recommended that you consult an attorney.

JON D. CERETTO
Clerk of Court

"I HAVE READ THE ABOVE "NOTICE OF AVAILABLE CHAPTERS."

_/s/ David Bradshaw_
Signature of Debtor
DAVID BURTON BRADSHAW

2-26-04
Date

_/s/ Maria Bradshaw_
Signature of Joint Debtor (If applicable)
MARIA LYN BRADSHAW

2-26-04
Date

**If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period, you may not file bankruptcy without prior leave of the Court.**

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy