In re  **DAVID BURTON BRADSHAW,**  
      **MARIA LYN BRADSHAW**

Case No. _____

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  
*[Check one box]*  
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.  
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| FAMILY RESIDENCE 17075 CAJON DRIVE PERRIS, CA 92570 | C.C.P. §§ 704.710 - 704.880 | 75,000.00 | 140,000.00 |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD FURNISHINGS | C.C.P. § 704.020 | 1,200.00 | 1,200.00 |
| **Wearing Apparel** | | | |
| WEARING APPAREL | C.C.P. § 704.020 | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| JEWELRY- 14 (K) GOLD WEDDING RINGS | C.C.P. § 704.040 | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 ASTRO VAN | C.C.P. § 704.010 | 800.00 | 7,000.00 |
| 1990 MITSIBUTISH (NOT RUNNING) | C.C.P. § 704.010 | 300.00 | 300.00 |
| 2002 1-POLARIS QUAD | C.C.P. § 704.010 | 800.00 | 800.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt