In re   **DAVID BURTON BRADSHAW,**
       **MARIA LYN BRADSHAW**

Case No. _____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CalVet<br>P.O. Box 942888<br>Sacramento, CA 94288 | | C | LISTED IN AN ABUNDANCE OF CAUTION<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>DEPARTMENT OF VETERAN'S AFFAIRS<br>11000 WILSHIRE BOULEVARD<br>Los Angeles, CA 90024 | | C | LISTED IN AN ABUNDANCE OF CAUTION<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>FEDERAL HOUSING AUTHORITY<br>611 WEST 6TH STREET 11TH FLOOR<br>Los Angeles, CA 90017 | | C | LISTED IN AN ABUNDANCE OF CAUTION<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. 00000019075836<br><br>FORD MOTOR CREDIT<br>P.O. BOX # 7172<br>Pasadena, CA 91109 | | C | 03-1999<br><br>CAR PURCHASE<br><br>1999 FORD F150<br><br>Value $ 8,000.00 | | | | 9,500.84 | 1,500.84 |

\_1\_ continuation sheets attached

Subtotal (Total of this page): 9,500.84

In re   **DAVID BURTON BRADSHAW,**           Case No. _____
       **MARIA LYN BRADSHAW**

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 085-0578-13881<br>GMAC<br>P.O. BOX # 6009<br>Inglewood, CA 90312 | | C | 06-1999<br>CAR PURCHASE<br>1999 ASTRO VAN<br>Value $ 7,000.00 | | | | 6,800.93 | 0.00 |
| Account No.<br>U.S DEPARTMENT OF HUD<br>1600 NORTH BROADWAY #100<br>Santa Ana, CA 92706-3927 | | C | LISTED IN AN ABUNDANCE OF CAUTION<br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. 12330799-3<br>WASHINGTON MUTUAL<br>P.O. BOX # 7198<br>Pasadena, CA 91109 | | C | 12-1997<br>First Mortgage<br>FAMILY RESIDENCE<br>17075 CAJON DRIVE<br>PERRIS, CA 92570<br>Value $ 140,000.00 | | | | 108,000.00 | 0.00 |
| Account No. 6541482157<br>WELLS FARGO HOME EQUITY<br>P.O. BOX # 4233<br>Portland, OR 97208-4233 | | C | 09-2001<br>Second Mortgage<br>FAMILY RESIDENCE<br>17075 CAJON DRIVE<br>PERRIS, CA 92570<br>Value $ 140,000.00 | | | | 6,500.00 | 0.00 |
| Account No.<br> | | | Value $ | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): **121,300.93**

Total (Report on Summary of Schedules): **130,801.77**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy