In re    **DAVID BURTON BRADSHAW,**
         **MARIA LYN BRADSHAW**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5491-1303-3640-3241 <br><br> AT & T UNIVERSAL CARD <br> P.O. BOX # 6907 <br> The Lakes, NV 88901-6907 | | C | 01-1999 <br> Credit card purchases | | | | 5,308.10 |
| Account No. 4024-1160-0890-4953 <br><br> BANK OF AMERICA <br> P.O. BOX # 53132 <br> Phoenix, AZ 85072-3132 | | C | 01-2003 <br> Credit card purchases | | | | 1,152.29 |
| Account No. 7249156121 <br><br> Chevron <br> P.O. Box 2001 <br> Concord, CA 94529-0001 | | C | 02-2003 <br> Credit card purchases | | | | 409.21 |
| Account No. 5424-1805-96685393 <br><br> Citi PLATINUM SELECT CARD <br> P.O. BOX # 6411 <br> The Lakes, NV 88901-6411 | | C | 01-2003 <br> Credit card purchases | | | | 5,364.49 |
| __3__ continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | 12,234.09 |

In re  **DAVID BURTON BRADSHAW,**
       **MARIA LYN BRADSHAW**                                          Case No. _____

                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**CITIBANK** | C | | **SERVICING AGENT FOR UNION 76** | | | | 0.00 |
| Account No. 1523-0034-7550-7109<br>**FIRST NORTH AMERICAN NATIONAL BANK**<br>P.O. BOX # 78131<br>Phoenix, AZ 85062-8131 | C | | 1-2000<br>**Credit card purchases** | | | | 2,646.91 |
| Account No. 7074-5001-0182-7462<br>**GE CAPITAL CONSUMER CARD**<br>**DEPOARTMENT # 0008**<br>Palatine, IL 60055-0008 | C | | 2001<br>**MISCELLANEOUS CREDIT CARD PURCHASES** | | | | 6,193.63 |
| Account No. 7074-5001-0180-1293<br>**GE CAPITAL CONSUMER CARD**<br>**DEPOARTMENT # 0008**<br>Palatine, IL 60055-0008 | C | | 01-2003<br>**MISCELLANEOUS CREDIT CARD PURCHASES** | | | | 8,376.19 |
| Account No. 6035-3200-0964-6728<br>**HOME DEPOT**<br>P.O. BOX # 6028<br>The Lakes, NV 88901-6028 | C | | 01-2003<br>**Credit card purchases** | | | | 3,459.01 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,675.74**

In re   **DAVID BURTON BRADSHAW,**                                              Case No. _____
        **MARIA LYN BRADSHAW**
        _____,
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 81923051112615 <br><br> LOWES <br> P.O. BOX # 105980 <br> DEPARTMENT # 79 <br> Atlanta, GA 30353-5980 | | C | 01-2000 <br> Credit card purchases | | | | 2,076.41 |
| Account No. 81923050772633 <br><br> LOWES <br> P.O. BOX # 105980 <br> DEPARTMENT # 79 <br> Atlanta, GA 30353-5980 | | C | 01-2000 <br> Credit card purchases | | | | 1,307.46 |
| Account No. 8987095299 <br><br> MOBIL EXXON <br> PO BOX 103031 <br> Roswell, GA 30076 | | C | GASOLINE CREDIT CARD SERVICES RENDERED | | | | 225.09 |
| Account No. <br><br> MONOGRAM CREDIT CARD BANK OF GA | | C | MOBIL EXXON SERVICING AGENT | | | | 0.00 |
| Account No. 420-6011-0010-4477 <br><br> POLARIS RETAIL SERVICES <br> P.O. BOX # 60107 <br> City Of Industry, CA 91716-0107 | | C | 2001 <br> CREDIT CARD PURCHASES | | | | 2,099.35 |

Sheet no. **2** of **3** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,708.31**

In re  **DAVID BURTON BRADSHAW,**
       **MARIA LYN BRADSHAW**

Case No. _____

_____,
                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4352-3733-9033-7415**<br><br>**Retailers National Bank-Target**<br>**P.O. Box 59231**<br>**Minneapolis, MN 55459-0231** | | C | **02-1996**<br>**Credit card purchases** | | | | 3,885.25 |
| Account No. **5037909701**<br><br>**TEXCO CREDIT CARD CENTER**<br>**P.O. BOX # 790001**<br>**Houston, TX 77279-0001** | | C | **02-2003**<br>**Credit card purchases** | | | | 676.20 |
| Account No. **610 469 843**<br><br>**UNION 76**<br>**Des Moines, IA 50368-9058** | | C | **MISCELLANEOUS GASOLINE CREDIT CARD PURCHASES** | | | | 426.25 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,987.70**

Total
(Report on Summary of Schedules)  **43,605.84**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy