In re  **DAVID BURTON BRADSHAW,**  Case No. _____
      **MARIA LYN BRADSHAW**
_____,
                         Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||||
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | MICHEAL DAVID BRADSHAW<br>KASEY CIERRA BRADSHAW<br>JOSIE NICOLE BRADSHAW | 4MONTHS<br>5<br>7 | Son<br>Daughter<br>Daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | TRUCK DRIVER | |
| Name of Employer | HADLEY AUTO TRANSPORT | HOMEMAKER |
| How long employed | 01-19-04 | |
| Address of Employer | 4500-B ETIWANDA AVENUE<br>Mira Loma, CA 91752-0000 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,504.24 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,504.24 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 145.12 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 58.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 203.12 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,301.12 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,301.12 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME   $ 1,301.12 | (Report also on Summary of Schedules) ||

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **DEBTOR IS WORKING IN A TEMPORARY CAPACITY, WHEN HIRED ON PERMANENTLY HIS INCOME WILL INCREASE. DEBTOR RECENTLY LIQUIDITATED STOCKS FROM HIS PAST EMPLOYER IN THE AMOUNT OF $200.00, AND RECEIVED TAX REFUND, WHICH HAVE BEEN USED TO AID WITH LIVING EXPENSES.**