In re      **DAVID BURTON BRADSHAW,**                                    Case No. _____
           **MARIA LYN BRADSHAW**
_____,
                          Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ **957.59** |
| Are real estate taxes included?        Yes___**X**___   No_____ | |
| Is property insurance included?        Yes___**X**___   No_____ | |
| Utilities: Electricity and heating fuel | $ **120.00** |
| Water and sewer | $ **45.00** |
| Telephone | $ **35.00** |
| Other_____ | $ **0.00** |
| Home maintenance (repairs and upkeep) | $ **25.00** |
| Food | $ **400.00** |
| Clothing | $ **50.00** |
| Laundry and dry cleaning | $ **25.00** |
| Medical and dental expenses | $ **20.00** |
| Transportation (not including car payments) | $ **150.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **25.00** |
| Charitable contributions | $ **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ **0.00** |
| Life | $ **30.00** |
| Health | $ **0.00** |
| Auto | $ **90.00** |
| Other_____**EARTHQUAKE**_____ | $ **25.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ **461.96** |
| Other_____**1999 FORD F-150 TRUCK**_____ | $ **602.67** |
| Other_____ | $ **0.00** |
| Other_____ | $ **0.00** |
| Alimony, maintenance, and support paid to others | $ **0.00** |
| Payments for support of additional dependents not living at your home | $ **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ **0.00** |
| Other_____ | $ **0.00** |
| Other_____ | $ **0.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ **3,062.22** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ **N/A** |
| B. Total projected monthly expenses | $ **N/A** |
| C. Excess income (A minus B) | $ **N/A** |
| D. Total amount to be paid into plan each _____ | $ **N/A** |

(interval)