# United States Bankruptcy Court
## Central District of California

In re  **DAVID BURTON BRADSHAW**
       **MARIA LYN BRADSHAW** _____
                                         Debtor(s)

Case No. _____
Chapter   7 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  2-26-04              Signature  /s/ David Bradshaw
                                      **DAVID BURTON BRADSHAW**
                                      Debtor

Date  2-26-04              Signature  /s/ Maria Bradshaw
                                      **MARIA LYN BRADSHAW**
                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.