# United States Bankruptcy Court
## Central District of California

In re    **DAVID BURTON BRADSHAW,**
          **MARIA LYN BRADSHAW**

Case No. _____

Debtors

Chapter _____ **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

Description of Property                              Creditor's name

      **NONE.**

     *b. Property to Be Retained.*

[Check any applicable statement.]

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1. **1999 FORD F150** | **FORD MOTOR CREDIT** | | | Debtor will retain collateral and continue to make regular payments. |
| 2. **1999 ASTRO VAN** | **GMAC** | | | Debtor will retain collateral and continue to make regular payments. |
| 3. **FAMILY RESIDENCE 17075 CAJON DRIVE PERRIS, CA 92570** | **WASHINGTON MUTUAL** | | | Debtor will retain collateral and continue to make regular payments. |
| 4. **FAMILY RESIDENCE 17075 CAJON DRIVE PERRIS, CA 92570** | **WELLS FARGO HOME EQUITY** | | | Debtor will retain collateral and continue to make regular payments. |

Date  *2-26-04*

Signature _~~David Bradshaw~~_
**DAVID BURTON BRADSHAW**
Debtor

Date *2-26-04*

Signature _~~Maria Bradshaw~~_
**MARIA LYN BRADSHAW**
Joint Debtor

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037