| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| Robert L. Goodrich<br>3600 LIME ST., BLDG 2, #221<br>RIVERSIDE, CA 92501<br>909-341-9300 Fax: 909-341-9309<br>California State Bar No.: 99309<br><br>*Attorney for Debtor* | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>DAVID BURTON BRADSHAW<br>MARIA LYN BRADSHAW<br><br>                                                          Debtor. | CHAPTER __7__<br>CASE NUMBER<br><br><br>(No Hearing Required) |
|---|---|

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* __JULY 29, 2003__, I agreed with the Debtor that for a fee of $ __0.00__, I would provide only the following services:

    a. ■ Prepare and file the Petition and Schedules

    b. ■ Represent the Debtor at the 341(a) Hearing

    c. ☐ Represent the Debtor in any relief from stay actions

    d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f. ☐ Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 2-26-04

I HEREBY APPROVE THE ABOVE:

*[Signature]*
*[Signature]* Maria Bradshaw
Signature of Debtor

LAW OFFICES OF ROBERT L. GOODRICH
*Law Firm Name*

By: *[Signature]*

Name: __Robert L. Goodrich__
*Attorney for Debtor*

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California    F 2090-1.1

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy