Verification of Creditor Mailing List - (Rev. 4/01)                                                   2001 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name    Robert L. Goodrich

Address    3600 LIME ST., BLDG 2, #221 RIVERSIDE, CA 92501

Telephone    909-341-9300 Fax: 909-341-9309

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: | |
|---|---|
| DAVID BURTON BRADSHAW  MARIA LYN BRADSHAW  MARIA LYN GRANDE | Case No.  Chapter    7 |
| Social Security No.  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   Debtor | |
| Social Security No.  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   Joint Debtor | |
| Debtor(s) EIN No. | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 2-26-04

_DAVID BURTON BRADSHAW_
Signature of Debtor

Date: 2-26-04

_MARIA LYN BRADSHAW_
Signature of Debtor

Date: 3/1/04

Signature of Attorney
Robert L. Goodrich
LAW OFFICES OF ROBERT L. GOODRICH
3600 LIME ST., BLDG 2, #221
RIVERSIDE, CA 92501
909-341-9300  Fax: 909-341-9309

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy