DAVID BURTON BRADSHAW
17075 CAJON DRIVE
Perris, CA 92570


MARIA LYN BRADSHAW
17075 CAJON DRIVE
Perris, CA 92570


Robert L. Goodrich
LAW OFFICES OF ROBERT L. GOODRICH
3600 LIME ST., BLDG 2, #221
RIVERSIDE, CA 92501


AT & T UNIVERSAL CARD
P.O. BOX # 6907
The Lakes, NV 88901-6907


BANK OF AMERICA
P.O. BOX # 53132
Phoenix, AZ 85072-3132


CalVet
P.O. Box 942888
Sacramento, CA 94288


Chevron
P.O. Box 2001
Concord, CA 94529-0001


Citi  PLATINUM SELECT CARD
P.O. BOX # 6411
The Lakes, NV 88901-6411

CITIBANK


DEPARTMENT OF VETERAN'S AFFAIRS
11000 WILSHIRE BOULEVARD
Los Angeles, CA 90024


FEDERAL HOUSING AUTHORITY
611 WEST 6TH STREET 11TH FLOOR
Los Angeles, CA 90017


FIRST NORTH AMERICAN NATIONAL BANK
P.O. BOX # 78131
Phoenix, AZ 85062-8131


FORD MOTOR CREDIT
P.O. BOX # 7172
Pasadena, CA 91109


GE CAPITAL CONSUMER CARD
DEPOARTMENT # 0008
Palatine, IL 60055-0008


GMAC
P.O. BOX # 6009
Inglewood, CA 90312


HOME DEPOT
P.O. BOX # 6028
The Lakes, NV 88901-6028

LOWES
P.O. BOX # 105980
DEPARTMENT # 79
Atlanta, GA 30353-5980


MOBIL EXXON
PO BOX 103031
Roswell, GA 30076


MONOGRAM CREDIT CARD BANK OF GA


POLARIS RETAIL SERVICES
P.O. BOX # 60107
City Of Industry, CA 91716-0107


Retailers National Bank-Target
P.O. Box 59231
Minneapolis, MN 55459-0231


TEXCO CREDIT CARD CENTER
P.O. BOX # 790001
Houston, TX 77279-0001


U.S DEPARTMENT OF HUD
1600 NORTH BROADWAY #100
Santa Ana, CA 92706-3927


UNION 76
Des Moines, IA 50368-9058

WASHINGTON MUTUAL
P.O. BOX # 7198
Pasadena, CA 91109


WELLS FARGO HOME EQUITY
P.O. BOX # 4233
Portland, OR 97208-4233

Case 6:04-bk-12711-MG    Doc 25-1    Filed 03/04/04    Entered 03/05/04 00:00:00    Desc
Main Document    Page 4 of 4