FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)

# UNITED STATES BANKRUPTCY COURT — Central District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 4, 2004.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at 3420 Twelfth Street Riverside, CA 92501-3819.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) address)<br>BRADSHAW, DAVID BURTON<br>BRADSHAW, MARIA LYN<br><br>17075 CAJON DRIVE<br>PERRIS, CA 92570 | **Case Number:** RS 04-12711-MG |
|---|---|
| | Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br><br>Dbt SSN: XXX-XX-1758          EIN/Tax I.D.:<br>JDbt SSN: XXX-XX-5168         EIN/Tax I.D.: |
| All Other Names used by the Debtor(s) in the last 6 years (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: AKA GRANDE, MARIA LYN | Bankruptcy Trustee (name, address, telephone)<br>STEVEN M SPEIER<br>3403 TENTH ST, SUITE 742<br>Riverside, CA 92501<br><br>Telephone number: (909) 778-3071 |
| Attorney for Debtor(s) (name, address, telephone)<br>ROBERT L GOODRICH<br>3600 LIME ST BLDG 2 STE 221<br>RIVERSIDE, CA 92501<br>Telephone number: (909) 341-9300 | |

### Meeting of Creditors

**Date:** April 5, 2004     **Time:** 1:30 P.M.     **Location:** 3420 Twelfth St. Room 100B Rivside, CA 92501

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: June 4, 2004**

**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So

| **Address of the Bankruptcy Clerk's Office:**<br><br>U.S. Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501-3819<br>Telephone number: (909) 774-1000 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open:  9:00 A.M to 4:00 P.M. | Date:  March 5, 2004 |

(Form rev. 12/03 : 341 - B9A)                                                                 26 /HAL

# EXPLANATIONS

FORM B9A (12/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment;  taking actions to collect money or obtain property from the debtor;  repossessing the debtor's property;  starting or continuing lawsuits or foreclosures;  and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501-3819.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S),** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, will result in dismissal of the case with a 180-day prohibition on filing another case, unless leave of court is first obtained.<br><br>(Si el deudor no ha presentado una declaracion y/o una lista de acreedores, tendra que hacerlo dentro de un plazo de 15 dias a partir de la fecha de presentacion de la peticion o tendra que obtener una extension del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultara en que se declare sin lugar el caso y se le prohiba presentar otro caso durante los 180 dias siguientes, a menos de que obtenga un permiso del tribunal.) |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the United States Trustee, 725 South Figueroa Street,  26th Floor,  Los Angeles,  CA 90017 |

**---Refer to Other Side For Important Deadlines and Notices---**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

k-12711-MG   Doc 26-1   Filed 03/05/04   Entered 03/05/04 00:00:00   Desc
Main Document   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0973-6          User: HAL              Page 1 of 1              Date Rcvd: Mar 05, 2004
Case: 04-12711-MG             Form ID: B9A           Total Served: 28
```

The following entities were served by first class mail on Mar 07, 2004.
```
D       BRADSHAW, DAVID BURTON,   17075 CAJON DRIVE,   PERRIS, CA 92570
J       BRADSHAW, MARIA LYN,   17075 CAJON DRIVE,   PERRIS, CA 92570
DA      ROBERT L GOODRICH,   3600 LIME ST BLDG 2 STE 221,   RIVERSIDE, CA 92501
T       STEVEN M SPEIER,   3403 TENTH ST, SUITE 742,   Riverside, CA 92501
1       AT & T UNIVERSAL CARD,   P.O. BOX 6907,   THE LAKES, NV 88901--6907
3       CALVET,   P.O. BOX 942888,   SACRAMENTO, CA 94288
4       CHEVRON,   P.O. BOX 2001,   CONCORD, CA 94529--0001
5       CITI PLATINUM SELECT CARD,   P.O. BOX 6411,   THE LAKES, NV 88901--6411
7       DEPARTMENT OF VETERAN'S AFFAIRS,   11000 WILSHIRE BOULEVARD,   LOS ANGELES, CA 90024
8       FEDERAL HOUSING AUTHORITY,   611 WEST 6TH STREET 11TH FLOOR,   LOS ANGELES, CA 90017
9       FIRST NORTH AMERICAN NATIONAL BANK,   P.O. BOX 78131,   PHOENIX, AZ 85062--8131
10      FORD MOTOR CREDIT,   P.O. BOX 7172,   PASADENA, CA 91109
11      GE CAPITAL CONSUMER CARD,   DEPARTMENT 0008,   PALATINE, IL 60055--0008
12      GMAC,   P.O. BOX 6009,   INGLEWOOD, CA 90312
13      HOME DEPOT,   P.O. BOX 6028,   THE LAKES, NV 88901--6028
15      MOBIL EXXON,   P0 BOX 103031,   ROSWELL, GA 30076
17      POLARIS RETAIL SERVICES,   P.O. BOX 60107,   CITY OF INDUSTR, CA 91716--0107
19      TEXCO CREDIT CARD CENTER,   P.O. BOX 790001,   HOUSTON, TX 77279--0001
20      U.S DEPARTMENT OF MUD,   1600 NORTH BROADWAY #100,   SANTA ANA, CA 92706--3927
21      UNION 76,   XXXXX,   DES MOINES, IA 50368--9058
22      WASHINGTON MUTUAL,   P.O. BOX 7198,   PASADENA, CA 91109
23      WELLS FARGO HOME EQUITY,   P.O. BOX 4233,   PORTLAND, OR 97208--4233
24      FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX 2952,   SACRAMENTO, CA 95812-2952
25      EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
            SACRAMENTO, CA 94280-0001
26      UNITED STATES TRUSTEE,   3685 MAIN STREET, SUITE 300,   RIVERSIDE, CA 92501
```

The following entities were served by electronic transmission on Mar 06, 2004 and receipt of the transmission was confirmed on:
```
1       EDI: CITICORP.COM Mar 06 2004 00:03:00     AT & T UNIVERSAL CARD,   P.O. BOX 6907,
            THE LAKES, NV 88901--6907
2       EDI: BANKAMER.COM Mar 06 2004 00:03:00     BANK OF AMERICA,   P.O. BOX 53132,
            PHOENIX, AZ 85072--3132
14      EDI: TSYS.COM Mar 06 2004 00:04:00         LOWE S,   P.O. BOX 105980,   DEPARTMENT 79,
            ATLANTA, GA 30353--5980
18      EDI: WTRRNBANK.COM Mar 06 2004 00:04:00    RETAILERS NATIONAL BANK-TARGET,   P.O. BOX 59231,
            MINNEAPOLIS, MN 55459--0231
24      EDI: CALTAX.COM Mar 06 2004 00:03:00       FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX 2952,
            SACRAMENTO, CA 95812-2952
                                                                                        TOTAL: 5

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6       CITIBANK,   XXXX,   XXXX, XX 99999
16      MONOGRAM CREDIT CARD BANK OF GA,   XXXX,   XXXX, XX 99999
                                                                                        TOTALS: 2, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2004**          **Signature:** *Joseph Speetjens*