UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

TRUSTEE 341(a) MEETING WORKSHEET – CHAPTER 7

FILED
APR - 7 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

CASE NUMBER: RS 04-12711 MG

TRUSTEE: Steven M. Speier

DEBTOR: Bradshaw, David Burton                341(a) DATE: 04/05/2004

CO-DEBTOR: Bradshaw, Maria Lyn              341(a) TIME: 01:30 PM

APPEARANCES:

DEBTOR: Bradshaw, David Burton      (X) Present  ( ) Absent  ( ) 2nd Absence  ( ) _____
CO-DEBTOR: Bradshaw, Maria Lyn      (X) Present  ( ) Absent  ( ) 2nd Absence  ( ) _____
DEBTOR ATTORNEY: Robert Goodrich    (X) Present  ( ) Absent  ( ) 2nd Absence  ( ) _____

RESULTS OF MEETING:

DEBTOR: Bradshaw, David Burton
   341(a) Meeting for debtor CONCLUDED        (X) YES        ( ) NO
OR 341(a) Meeting for debtor CONTINUED to              at
                                                   Date              Time
   Debtor continued due to non-appearance    ( ) YES        ( ) NO
   Other reason for continuance of Debtor: _____

CO-DEBTOR: Bradshaw, Maria Lyn
   341(a) Meeting for co-debtor CONCLUDED     (X) YES        ( ) NO
OR 341(a) Meeting for co-debtor CONTINUED to           at
                                                   Date              Time
   Co-Debtor continued due to non-appearance ( ) YES        ( ) NO
   Other reason for continuance of Co-Debtor: _____

REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR AT 341(A) MEETING:

The undersigned certifies under penalty of perjury that the debtor and/or co-debtor has failed to appear at two 341(a) meetings and recommends that a dismissal order be initiated against (check appropriate box(es)):

( )  DEBTOR:    Bradshaw, David Burton    ( ) with or   ( ) without 180-day bar
( )  CO-DEBTOR: Bradshaw, Maria Lyn       ( ) with or   ( ) without 180-day bar

Note: In a joint case where one debtor appeared at the 341(a) meeting and the other did not appear at two 341(a) meetings, the debtor that appeared shall receive a dismissal without a 180-day bar from refiling, while the debtor that did not appear shall be dismissed with the 180-day bar from refiling. Any other desired outcome requires a motion to be filed with the Court.

Date: April 6, 2004              Trustee: _____