Steven M. Speier
3403 Tenth Street, Suite 742
Riverside, CA 92501
Phone: (909) 686-5460

Chapter 7 Trustee



FILED
APR 12 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re: Bradshaw, David Bradshaw, Maria  Debtor(s). | Case No. RS 04-12711 MG  REPORT OF TRUSTEE IN CHAPTER 7 NO ASSET CASE |
|---|---|

The undersigned, duly appointed Chapter 7 Trustee of the estate of the above named debtor(s), reports that he has neither received any property nor paid any money on account of this estate; that he has made diligent inquiry into the whereabouts of the property belonging to the estate; that he has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein. Therefore, the Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 U.S.C. Section 554(c).

WHEREFORE, Trustee prays that his Report be approved, that he be discharged from office, and his bond exonerated, and for all other appropriate orders.

DATED: 4/6/2004

Steven M. Speier, Trustee

---

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND THE SAID ESTATE(S) IS HEREBY CLOSED.

DATED: _____

JON D. CERETTO
Clerk of the Court