Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
BRADSHAW, DAVID BURTON
**SSN:** XXX-XX-1758
**EIN:** N/A
BRADSHAW, MARIA LYN
**SSN:** XXX-XX-5168
AKA  GRANDE, MARIA LYN
17075 CAJON DRIVE
PERRIS, CA 92570

**BANKRUPTCY NO.** RS 04-12711-MG

**CHAPTER** 7

It appearing that the debtor is entitled to a discharge, IT IS ORDERED:  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

Date: June 15, 2004

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

Form B18 Continued
(1/98)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor.  It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged.  For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*]  [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]  A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged.  Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them.  (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are.

a.  Debts for most taxes;

b.  Debts that are in the nature of alimony, maintenance, or support;

c.  Debts for most student loans;

d.  Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e.  Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f.  Some debts which were not properly listed by the debtor;

g.  Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h.  Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge.  There are exceptions to these general rules.  Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge.  In re Beezley, 994 F. 2d 1433 (9th Cir. 1993).  Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

```
BAE SYSTEMS
```
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0973-6           User: FTR              Page 1 of 1                Date Rcvd: Jun 15, 2004
Case: 04-12711-MG              Form ID: VAN-30        Total Served: 28
```

The following entities were served by first class mail on Jun 17, 2004.
```
D       +BRADSHAW, DAVID BURTON,   17075 CAJON DRIVE,   PERRIS, CA 92570-8408
J       +BRADSHAW, MARIA LYN,   17075 CAJON DRIVE,   PERRIS, CA 92570-8408
DA      +ROBERT L GOODRICH,   3600 LIME ST BLDG 2 STE 221,   RIVERSIDE, CA 92501-2971
T       +STEVEN M SPEIER,   3403 TENTH ST, SUITE 742,   Riverside, CA 92501-3670
1       +AT & T UNIVERSAL CARD,   P.O. BOX 6907,   THE LAKES, NV 88901-6907
3       +CALVET,   P.O. BOX 942888,   SACRAMENTO, CA 94288-0001
4       +CHEVRON,   P.O. BOX 2001,   CONCORD, CA 94529-0001
5       +CITI  PLATINUM SELECT CARD,   P.O. BOX  6411,   THE LAKES, NV 88901-6411
7       +DEPARTMENT OF VETERAN'S AFFAIRS,   11000 WILSHIRE BOULEVARD,   LOS ANGELES, CA 90024-3602
8       +FEDERAL HOUSING AUTHORITY,   611 WEST 6TH STREET 11TH FLOOR,   LOS ANGELES, CA 90017-3101
9       +FIRST NORTH AMERICAN NATIONAL BANK,   P.O. BOX 78131,   PHOENIX, AZ 85062-8131
10      +FORD MOTOR CREDIT,   P.O. BOX 7172,   PASADENA, CA 91109-7172
11      +GE CAPITAL CONSUMER CARD,   DEPARTMENT  0008,   PALATINE, IL 60055-0001
12      +GMAC,   P.O. BOX  6009,   INGLEWOOD, CA 90312-6009
13      +HOME DEPOT,   P.O. BOX  6028,   THE LAKES, NV 88901-6028
15      +MOBIL EXXON,   P0 BOX 103031,   ROSWELL, GA 30076-9031
17      +POLARIS RETAIL SERVICES,   P.O. BOX 60107,   CITY OF INDUSTR, CA 91716-0107
19       TEXCO CREDIT CARD CENTER,   P.O. BOX  790001,   HOUSTON, TX 77279--0001
20      +U.S DEPARTMENT OF MUD,   1600 NORTH BROADWAY #100,   SANTA ANA, CA 92706-3927
21      +UNION 76,   XXXXX,   DES MOINES, IA 50368-0001
22      +WASHINGTON MUTUAL,   P.O. BOX  7198,   PASADENA, CA 91109-7198
23      +WELLS FARGO HOME EQUITY,   P.O. BOX  4233,   PORTLAND, OR 97208-4233
24       FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,   SACRAMENTO, CA 95812-2952
25       EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
         SACRAMENTO, CA 94280-0001
26      +UNITED STATES TRUSTEE,   3685 MAIN STREET, SUITE 300,   RIVERSIDE, CA 92501-2804
```

The following entities were served by electronic transmission on Jun 16, 2004 and receipt of the transmission
was confirmed on:
```
1       +EDI: CITICORP.COM Jun 16 2004 03:47:00    AT & T UNIVERSAL CARD,   P.O. BOX 6907,
         THE LAKES, NV 88901-6907
2       +EDI: BANKAMER.COM Jun 16 2004 03:48:00    BANK OF AMERICA,   P.O. BOX  53132,
         PHOENIX, AZ 85072-3132
14      +EDI: TSYS.COM Jun 16 2004 03:48:00    LOWE S,   P.O. BOX  105980,   DEPARTMENT  79,
         ATLANTA, GA 30353-5980
18      +EDI: WTRRNBANK.COM Jun 16 2004 03:47:00    RETAILERS NATIONAL BANK-TARGET,   P.O. BOX 59231,
         MINNEAPOLIS, MN 55459-0231
24       EDI: CALTAX.COM Jun 16 2004 03:47:00    FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,
         SACRAMENTO, CA 95812-2952
                                                                                 TOTAL: 5
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6       CITIBANK,   XXXXX,   XXXX, XX 99999
16      MONOGRAM CREDIT CARD BANK OF GA,   XXXXX,   XXXX, XX 99999
                                                                        TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2004**          **Signature:**  *Joseph Speetjens*